1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOMEN IN BEIRUT LEBANON &
LEBANON; WOMEN IN TEHRAN;
WOMEN IN IRAN; BLACK LIVES
MATTERS PROTESTORS;
WOMEN IN HONG KONG; HONG
KONG PROTESTORS;
FREDERICK BANKS; HANNA
WATERS,

                Petitioners

        v.

LEBANON EXPLOSION; IRAN
EXPLOSIONS; IRAN SABOTAGE;
SERIES OF IRAN EXPLOSIONS;
CENTRAL INTELLIGENCE
AGENCY; MICHAEL PHILLIPS,
WARDEN, NEOCC; NORTH
PALDING HIGH SCHOOL,
ATLANTA, GA,

                Respondents.

Case No. 2:20-cv-07554-ODW (GJS)


**JUDGMENT**


    Pursuant to the Court's Order Dismissing Petition,

    IT IS ADJUDGED THAT the above-captioned action is dismissed.


DATE: August 27, 2020

                        OTIS D. WRIGHT II
                        UNITED STATES DISTRICT JUDGE